Ikium Smith #460090
Roxbury Correctional Inst.
18701 Roxbury Road
Hagerstown, MD 21746



CLERK of COURT
UNITED STATES DISTRICT COURT
101 W. Lombard Street
Baltimore, MD 21201