Ikiem R. Smith #460090
Roxbury Correctional Inst.
18701 Roxbury Road
Hagerstown, MD 21746

GLR-18-2836

September 5, 2018

FILED ENTERED
LODGED RECEIVED

SEP 12 2018

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

Clerk of Court
United States District Court
101 W. Lombard street
Baltimore, MD 21201

Dear Clerk,

Enclosed, please find an original copy of Plaintiff 42 U.S.C. Section 1983 Civil Complaint and Motion to proceed in forma pauperis. I am unable to obtain a certified copy of my prison account unless the court orders the financial officer at my institution to provide one.

Please file of Record.

Sincerely,

[signature]

cc:
IRS/